IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN SEIFERT,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-551<br>) |
| COMMONWEALTH OF PENNSYL-<br>VANIA, HUMAN RELATIONS<br>COMMISSION,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 20th day of January, 2006, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc:   all parties of record